**COMMONWEALTH of Pennsylvania,
Respondent**

v.

**Steven Frederick STOKES, Petitioner**

**No. 440 MAL 2016**

Supreme Court of Pennsylvania.

December 13, 2016

## ORDER

PER CURIAM

AND NOW, this 13th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,
Respondent**

v.

**Tyrone ARMSTRONG, Petitioner**

**No. 457 MAL 2016**

Supreme Court of Pennsylvania.

December 13, 2016

## ORDER

PER CURIAM

AND NOW, this 13th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.